IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
WACHOVIA BANK,                  )
National Association,           )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )        3:10cv44-MHT
                                )            (WO)
WILLIAM A. CLEVELAND, an        )
individual, JAMES W.            )
CLEVELAND, III, an              )
individual,                     )
                                )
     Defendants.                )
```

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Wachovia Bank, National Association's motion for summary judgment (Doc. No. 15) is granted.

(2) Judgment is entered in favor of plaintiff Wachovia Bank, National Association and against defendants William A. Cleveland and James W. Cleveland.

(3) Plaintiff Wachovia Bank, National Association shall have and recover from the Cleveland defendants the

sum of $ 629,550.37 in damages, plus prejudgment and postjudgment interest.

It is further ORDERED that costs are taxed against the Cleveland defendants, for which execution may issue.

The clerk of this court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case is closed.

DONE, this the 21st day of December, 2010.

                                             /s/ Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE